# HEARING MINUTES AND ORDER

**Cause Number**:  09-2252

**Style**:  Teamsters General Drivers Warehousemen v. Greif Packaging LLC, *et al.*,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Eric Nelson | Plaintiff |
| Steward Hoffer | Defendant |

**Date**: October 5, 2009　　　　　　　**ERO**: Yes
**Time**: 1:37 p.m. - 1:42 p.m.　　　　**Interpreter:**

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Motions due **November 17, 2009.**
Responses due **December 11, 2009.**
Replies due **December 18, 2009** by **2:00 p.m.**

**SIGNED** at Houston, Texas this 5th day of October, 2009.

_____
Nancy F. Atlas
United States District Judge